# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNE M. DIXON, : CIVIL ACTION
:
    Plaintiff, :
:
v. :
:
ALL STATE INSURANCE COMPANY, : No. 11-1925
:
    Defendant. :

## ORDER

**AND NOW**, this **21st** day of **December 2012**, upon consideration of Defendant's Partial Motion for Summary Judgment Regarding Count I – Bad Faith (doc. 40) and Partial Motion for Sumary Judgment Regarding Count II – Fraud and Count III – Breach of Contract (doc. 41), as well as Plaintiff's assorted motions contained in her Motion to Strike (doc. 44) and the parties' briefings and exhibits related to these motions, it is **ORDERED** that:

1. Defendant's motions are GRANTED on Plaintiff's claims for bad faith and fraud.
2. Defendant's motion is DENIED on Plaintiff's claim for breach of contract.
3. Plaintiff's motion for reconsideration is DENIED.
4. Plaintiff's motion for "direction from the court" is DENIED.
5. Plaintiff's motion to disqualify Defendant's counsel is DENIED.
6. Plaintiff's motion to compel disclosure of Defendant's theories is DENIED.
7. Plaintiff's motion to bifurcate the trial is DENIED.
8. Plaintiff's motion for an evidentiary hearing is DENIED.

1

9. Plaintiff's motion for an extension is DENIED.

BY THE COURT:

\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE